IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTOPHER LOADHOLT**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> -v- <br><br> **HIGHT ENTERPRISES, LTD. dba MCGUCKIN HARDWARE**, <br><br> Defendant. | **Civil Case Number: 1:22-cv-07596-ALC-GWG** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:       December 8, 2022

| | |
|---|---|
| Yitzchak Zelman, Esq. | David H. Schultz, Esq. |
| MARCUS & ZELMAN, LLC | BARRY, MCTIERNAN & MOORE |
| 701 Cookman Avenue, Suite 300 | 101 Greenwich Street |
| Asbury Park, NJ 07712 | New York, NY 10007 |
| Tel: (732) 695-3282 | Tel: (212) 313-3640 |
| Email: yzelman@marcuszelman.com | Email: dschultz@bmmfirm.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Christopher Loadholt* | *Hight Enterprises, Ltd. dba McGuckin Hardware* |