USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/12/2022

**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,

    Plaintiff,

-v-

HIGHT ENTERPRISES, LTD. dba MCGUCKIN HARDWARE,

    Defendant.

Civil Case Number: 1:22-cv-07596-ALC-GWG

**[PROPOSED] DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 9, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-07596-ALC-GWG**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** <u>12th</u> **day of December 2022.**

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE